IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02338-BNB

ROBERT HARRIS,

    Applicant,

v.

CARL ZENNON, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 25 2007

GREGORY C. LANGHAM
                CLERK

## ORDER TO TRANSFER APPLICATION TO COURT OF APPEALS

Applicant Robert Harris is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Cheyenne Mountain Re-Entry Center in Colorado Springs, Colorado. Mr. Harris filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (2006). He paid the $5.00 filing fee.

On January 4, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Harris to show cause within thirty days why the habeas corpus application should not be denied. On January 10 and 16, 2007, Mr. Harris submitted responses to the order to show cause. The Court must construe liberally the habeas corpus application and the responses to the show-cause order because Mr. Harris is representing himself. *See* **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. *See* **Hall**, 935 F.2d at 1110. For the reasons stated below, the habeas corpus application

will be transferred to the United States Court of Appeals for the Tenth Circuit (Tenth Circuit).

Mr. Harris previously sought habeas corpus relief in this Court pursuant to 28 U.S.C. § 2254. **See Harris v. Brill**, No. 01-cv-00862-MSK (D. Colo. June 10, 2002). In No. 01-cv-00862-MSK, Mr. Harris challenged the validity of the same state court conviction he is challenging in the instant action. The habeas corpus application in No. 01-cv-00862-MSK was denied on the merits. Therefore, the instant application is a second or successive application.

Pursuant to 28 U.S.C. § 2244(b)(3) (Supp. 2006), Mr. Harris must apply to the Tenth Circuit for an order authorizing this Court to consider his second or successive application. Mr. Harris does not allege that he has obtained the necessary authorization from the Tenth Circuit. **See** application at 7, ¶ E.3. Therefore, the Court must transfer this action to the Tenth Circuit pursuant to 28 U.S.C. § 1631 (1994). **See Coleman v. United States**, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam). Accordingly, it is

ORDERED that the clerk of this Court transfer the instant action to the United States Court of Appeals for the Tenth Circuit pursuant to 28 U.S.C. § 1631. It is

FURTHER ORDERED that the order to show cause is vacated.

DATED at Denver, Colorado, this 25 day of _____ Jan. _____, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02338-BNB

Robert Harris
Prisoner No. 43785
2925 E. Las Vegas
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/25/07

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk